

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Wiraphon Sukphon

DEFENDANT(S).

CASE NUMBER

01546 M
CV 16-04898-JVS-DFM

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT
## TO BAIL REFORM ACT

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing
is set for _Monday, July 25,_____, 2016_____, at _1:00_____ ☐a.m. / ☒p.m. before the
Honorable _Sheri Pym_____, in Courtroom _4_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
        *(Other custodial officer)*

Dated: __07/22/2016_____        _____ SHERI PYM _____
                                    U.S. District Judge/Magistrate Judge