

FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 01546 M |
| v. | CV16-04898-JVS-DFM |
| Wiraphon Sukphon | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Wednesday, July 27_____, __2016_____, at __10:30____ ☒ a.m. / ☐ p.m. before the Honorable __Sheri Pym_____, in Courtroom __3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/25/16_____        Sheri Pym  D.B.
                                       U.S. District Judge/Magistrate Judge