UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>WIRAPHON SUKPHON,<br><br>    A Fugitive from the Government of the Kingdom of Thailand. | No. 16-1546-MJ<br>No. CV 16-04898-JVS(DFM)<br><br>ORDER RE: DETENTION |

    Upon Consideration of the request of the United States for the detention of fugitive WIRAPHON SUKPHON pending extradition proceedings, and good cause therefor appearing, IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.   In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. Wright v. Henkel, 190 U.S. 40, 63 (1903); United States v. Salerno, 878 F.2d 317 (9th Cir. 1989); see also In re Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Karmin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances falls on the fugitive.

2. A detention hearing was held on July 27, 2016 and the fugitive failed to establish "special circumstances" to justify his release.

3. The fugitive is ordered detained and remanded in to the custody of the United States Marshal pending further proceedings. IT IS SO ORDERED.

DATED: August 17, 2016

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE